# UNITED STATES DISTRICT COURT

___ DISTRICT OF MASSACHUSETTS ___

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

M.J. No.: 04-1804-CBS

**EMANUAL LEE**
8308 Fayette
Philadelphia, PA

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 27, 2004**

**Suffolk** County and elsewhere in the District of **Massachusetts**, defendant did, (Track Statutory Language of Offense)

**possess with intent to distribute more than 500 grams of cocaine**

in violation of Title **21** United States Code, Section **841(a)(1) and(b)(1)(B)**.

I further state that I am a **Special Agent**
Official Title

and that this complaint is based on the following facts:

**Please see attached Affidavit of Special Agent Brenda M. Nevano**

Continued on the attached sheet and made a part hereof: [x] Yes [ ]No

_____
Brenda M. Nevano
Special Agent - Bureau of Immigration and Customs Enforcement, Dept of Homeland Security

Sworn to before me and subscribed in my presence,

**June 28, 2004** at **Boston, Massachusetts**
Date                                              City and State

**CHARLES B. SWARTWOOD, III**
**United States Magistrate Judge**
Name and Title of Judicial Officer                Signature of Judicial Officer