UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04CR10219JLT**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | |
| v. ) | VIOLATIONS: |
| ) | 21 U.S.C. § 952(a) and 960(a)(1) |
| ) | Unlawful Importation of Cocaine |
| EMMANUEL LEE ) | |

<u>COUNT ONE:</u>   **(21 U.S.C. § 952(a) and 960(a)(1) - Unlawful Importation of Cocaine)**

The Grand Jury further charges that:

On or about June 27, 2004, at Boston, in the District of Massachusetts, and elsewhere,

**EMMANUEL LEE**

defendant herein, did knowingly and intentionally import into the United States, from a place outside thereof, to wit: Jamaica, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

**<u>NOTICE OF ADDITIONAL FACTORS</u>**

The Grand Jury further finds that the offense charged in Count Two involved at least 500 grams but less than 2000 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, 21 U.S.C. § 960(b)(2)(B)(ii), and U.S.S.G. § 2D1.1(c)(7) are applicable to this count.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
GLENN A. MACKINLAY
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; July 22, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK @ 2:45 pm

-3-