*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

        Plaintiff,        CIVIL ACTION
v.                           NO. 04-10219-JLT

EMANUAL LEE

        Defendant,

_____

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
|---|---|
| 595 Main Street | Date and Time: |
| Worcester, MA 01608 | **September 9, 2004, 2:00 pm** |

_____
Type of Proceeding:

**ARRAIGNMENT**

_____

                                      CHARLES B. SWARTWOOD, III
                                      MAGISTRATE JUDGE


  August 25, 2004           /s/ Lisa B. Roland
Date                         Lisa B. Roland,
                                      Deputy Clerk
                                      (508) 929-9905


cc: All counsel