UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
          v.                        )   CRIMINAL ACTION
                                    )   NO. 04-10219-JLT
EMANUAL LEE,                        )
          Defendant,                )
_____ )

INITIAL STATUS REPORT
October 25, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Tauro, J. to whom this case is assigned:

1. Discovery

Completed.

2. Substantive Motions

Mr. Lee's counsel intends to file a substantive motion and that motion shall be filed by December 15, 2004. The Government shall file its opposition to that motion by January 12, 2005.

3. Further Status Conference

A further status conference shall be held in this case on January 14, 2005, at 2:15 p.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

4. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from September 23, 2004 (date of expiration of prior order of excludable time) through January 12, 2005 (date by which the Government shall file its opposition to Mr. Lee's substantive motion). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, March 23, 2005</u>.

<pre>
                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE
</pre>