# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) CRIMINAL ACTION<br>) NO. 04-10219-JLT |
| EMANUAL LEE,<br>     Defendant,, | ) |

### ORDER OF EXCLUDABLE TIME
### October 25, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 23, 2004 (date of expiration of prior order of excludable time) through January 12, 2005 (date by which the Government shall file its opposition to Mr. Lee's substantive motion) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE