## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 04-10219-JLT |
| EMANUAL LEE, ) | |
| Defendant, ) | |

### STATUS REPORT
### December 29, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Tauro, J. to whom this case is assigned:

1. Substantive Motions

Because of Mr. Lee's counsel's involvement in a first degree murder trial in November and other commitments in December and early January, I have granted that counsel's request for additional time within which to file substantive motions in this case. Such motions shall be filed by January 19, 2005 and the Government shall file its opposition to those motions by February 2, 2005.

2. Further Status Conference

A further status conference shall be held in this case on February 3, 2005, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from January 12, 2005 (date of expiration of prior order of excludable time) through February 2, 2005 (date by which the Government is to file its opposition to Mr. Lee's substantive motions).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, April 13, 2005</u>.

<pre>
                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE
</pre>