# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,        )
                                 )
                                 )
          v.                     )    **CRIMINAL ACTION**
                                 )    **NO. 04-10219-JLT**
EMANUAL LEE,                     )
          Defendant,             )
_____ )


## ORDER OF EXCLUDABLE TIME
### December 29, 2004

**SWARTWOOD, M.J.**


It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 12, 2005 (date of expiration of prior order of excludable time) through February 2, 2005 (date by which the Government is file its opposition to Mr. Lee's substantive motions) shall be excluded from the Speedy Trial Act.


                                   /s/Charles B. Swartwood, III
                                   CHARLES B. SWARTWOOD, III
                                   MAGISTRATE JUDGE