```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
     v.                     )   Crim. No. 04-10219-JLT
                            )
EMMANUEL LEE                )
```

**REQUEST TO RESCHEDULE DATE FOR FINAL STATUS HEARING**

Now Comes defendant Emmanuel Lee, who respectfully moves this Court to reschedule the status date from February 3, 2005 to any day in February except for February 4, 10, 14 or 17, 2005. As grounds, defendant states that his counsel is scheduled for a suppression hearing on February 3, 2005 before the Suffolk Superior Court in a murder case. It is expected that the hearing, which involves 6 co-defendants will last the full day and possibly spill into February 4th. The state suppression hearing was scheduled during the period of time that defendant's previous motion to extend was pending before this Court.

Wherefore, defendant moves this Court to reschedule the date for the final status hearing in the instant case to another day in February except for the dates indicated above. Defendant agrees to waive the Speedy Trial Act for the period of this extension.

```
                         Submitted By
                         Emanuel Lee's Attorney



                         James Budreau /S/
                         James Budreau, Bar# 559931
                         20 Park Plaza Suite 905
                         Boston, MA 02116
                         (617)227-3700
```

AFFIDAVIT OF COUNSEL

I, James Budreau, do state that the following is true to the best of my knowledge:

    1. I was appointed as counsel for Emanuel Lee in the above referenced case.

    2. The facts contained in the motion are true to the best of my knowledge and recollection.

    Signed under pains and penalties of perjury,


                                  James Budreau /S/
                                  JAMES BUDREAU