OFFICIAL USE ONLY

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE  R E P O R T   O F   I N V E S T I G A T I O N  C O N T I N U A T I O N | 1. PAGE   2  2. CASE NUMBER ████████  3. REPORT NUMBER: 001 |
|---|---|

TAILS OF INVESTIGATION:

June 27, 2004, at approximately 8:15 p.m., Emanuel LEE arrived at Logan ternational Airport from Montego Bay, Jamaica. An X-ray of LEE's suitcase vealed anomalies within the linings of the suitcase; CBP Inspectors probed e area of the anomalies, which produced a white-powdery substance. The ite-powdery substance field-tested positive for cocaine. Special Agent Eric Forte and TFA Lt. Tom Coffey (Massachusetts State Police) from ICE's Logan rport Task Force, along with ICE duty agent Bill Walker responded to vestigate the matter.

Emanuel LEE
12/27/79
SS#: 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
8308 Fayette Street, Apt #1
Philadelphia, PA

E originally told CBP Inspectors that he was not traveling with anyone else. nspectors later learned from airline records that LEE was traveling with renzo BANKS.

Lorenzo P. BANKS, Jr.
5/2/80
SS#: 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
3046 N 21st Street
Philadelphia, PA

E signed a Miranda waiver form at approximately 9:30 p.m. Lt. Coffey and ent Walker began the interview with LEE. Agent LaForte joined the interview short time thereafter.

E stated to the agents that he had traveled to Jamaica from Philadelphia, PA the previous Thursday, June 24, 2004. (Records indicated that the tickets r both LEE, and fellow traveler Lorenzo BANKS, were purchased on June 23, 04). LEE told agents that he stayed at the Silver Seas Hotel in Room 155.

E states that he carried a blue duffel bag to Jamaica with him, but when he rived in Jamaica his back became very sore. LEE was not sure why his back s so sore but offered that it may be because of the three-hour plane ride om Philadelphia to Jamaica.

E stated that he bought the black suitcase that contained the cocaine from a naican man in front of the Seven Seas Hotel. LEE explained that this man ild approach him every time he left the hotel. According to LEE, the man ild ask LEE if he needed marijuana, alcohol, women, or anything LEE needed.

OFFICIAL USE ONLY
IS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF E US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR FORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS; US CUSTOMS RVICE TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

|   DEPARTMENT OF THE TREASURY    | 1. PAGE    3              |
|   UNITED STATES CUSTOMS SERVICE |                           |
|                                 | 2. CASE NUMBER ████████   |
| R E P O R T  O F  I N V E S T I G A T I O N |              |
|        C O N T I N U A T I O N  | 3. REPORT NUMBER: 001     |

E describes the man as "medium height, nappy hair, wearing blue pants, brown
 oes, and a long sleeve button down shirt". LEE stated that BANKS was not
 esent during any of the alleged suitcase-purchasing transaction between the
 naican man and LEE.

E claimed to agents that on Friday night (6/25/04) the same Jamaican man
 proached him and again offered to get LEE anything he needed. LEE claimed
 at at this point, he decided that he needed a new suitcase because the
 ffel bag he had been using to carry his belongings was hurting his back.
E asked the man if he could get LEE a suitcase. The man replied that he did
 t have one on him, but could get one for him. LEE claimed that the man left
 fetch LEE a suitcase.

 en agents inquired about how the Jamaican man found him to deliver the
 itcase, LEE could not fully explain, saying first that he got the suitcase
 Saturday, then changing the day to Friday night at approximately 10:00 p.m.
 EE could not explain how the man found him to give him the suitcase, but did
 ate that he paid the man fifteen U.S. dollars in the form of three-five
 llar bills for the suitcase.

E states that the man did not know LEE's name, did not know what room LEE
 s staying in, did not know where LEE was from or was travelling back to
 rom Jamaica), and did not know when LEE was departing from Jamaica.

E stated that he did not check the suitcase thoroughly after he had received
 from the Jamaican man; rather, LEE merely checked to make sure the main
 mpartment was empty. LEE then stated that he did not do anything with the
 itcase until he packed his clothes on Sunday (6/27/04) morning. When asked
 out the blue duffel bag and its whereabouts, LEE told agents that he did not
 ow, stating that he had left it behind in the hotel room and that it may
 ill be there if his hotel room had not been cleaned.

E told agents that BANKS had remarked about LEE's new suitcase while waiting
 the airport to return home from Montego Bay. Agents asked LEE how BANKS
 ew LEE had a new suitcase if he had not traveled to Jamaica with LEE. LEE
 marked that BANKS had seen his duffel bag in LEE's hotel room.

E stated that on Friday night he "hung out" with BANKS once BANKS had
 rived in Jamaica. LEE could not describe how they met up with each other to
 out, stating simply that they "hooked up at the hotel". LEE could not say
 what time he and BANKS met up to go out, but guessed that it was late,
 ound 11:00 p.m. or midnight. LEE told agents that he and BANKS went to a
 ub. LEE stated that he and BANKS were at the club very late, into the early
 urs of the next morning (approximately 2:00-3:00 a.m.)

O F F I C I A L   U S E   O N L Y
IS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
E US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
FORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
RVICE TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE   4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | 2. CASE NUMBER ████████ |
| | 3. REPORT NUMBER: 001 |

cording to LEE, he and BANKS hung out for most of the day on Saturday, ough he could not remember what they did together all day. LEE also told ents that he and BANKS went out on Saturday night and drank a few beers gether. LEE said that he and BANKS went to get a couple of beers at "the inese place" and brought them back to the hotel.

approximately 10:15 p.m., ICE Agents Eric LaForte and Bill Walker terviewed BANKS. BANKS had signed a Miranda Waiver form at approximately 50 p.m.

NKS told agents that he worked for an oil company that was called either lied Oil or Allied Transportation (or some permutation thereof). BANKS uld not remember the exact name. BANKS claimed to be a dispatcher for this mpany. The company is located at 1001 W. Indiana Avenue in Philadelphia. e phone number is 215-225-6666. BANKS stated that he began working for this mpany in November or December of 2003.

NKS stated that he traveled to Montego Bay, Jamaica on Friday July 25, 2004. ANKS claimed that he had missed his flight with LEE on Thursday July 24, 04 because BANKS had overslept and also because LEE had not given BANKS the rrect departure time for their flight. BANKS informed agents that he rived in Montego Bay on Friday at 11:30 a.m.

ter arriving at the airport in Montego Bay, BANKS took a cab straight to the lver Seas Hotel in Ocho Rios. BANKS did not know how much he paid for the b ride; BANKS told agents the exchange rate in Jamaica made it difficult for m to keep track of costs such as the cab fare. BANKS guessed that it cost m about 700 Jamaican dollars (approximately 11 U.S. Dollars) for the cab de. According to BANKS, the cab ride from Montego Bay to Ocho Rios took proximately two hours.

NKS claimed that he arrived at the Silver Seas Hotel in Ocho Rios at proximately 2:30 p.m. on Friday (6/25/04). Once checked in, BANKS told ents that he went outside and "messed with some girls" for two to three urs. BANKS also claimed that he "chilled" in his room for a while.

NKS stated that he met up with LEE at a club that evening at about 9:00 or :00 p.m. BANKS could not explain how he and LEE arranged to meet or knew ere to meet. BANKS told agents that he and LEE stayed at the club until out 3:00 or 4:00 a.m. on Saturday. According to BANKS, he and LEE returned their own rooms after departing the club.

itially, BANKS stated that he saw LEE on Saturday, but did not hang out with m. BANKS stated that on Saturday he "hooked up" with a girl he had met tside of the Silver Seas Hotel on Friday. BANKS claimed that he was in this

OFFICIAL USE ONLY

IS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF E US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR FORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS RVICE TOGETHER WITH A COPY OF THE DOCUMENT.

```
JUN-28-2004 MON 11:17 AM US CUSTOMS/BOS SAIC        FAX NO. 1                          P. 06
                SEACATS S/A/S DATA ENTRY - NARRATIVE        06282004
TID= D0AP       FPF CASE NBR:
INC#:                     VIOL NAME: LEE, EMMANUEL                                  A
*******************************       NARRATIVE SUMMARY    **********   PAGE   1 ****
ON SUNDAY, JUNE 27 2004 MR. Emanuel LEE ARRIVED BOSTON LOGAN AIRPORT ON FLIGHT
US #222 FROM Montego Bay, JAMAICA.  WHILE BEING PROCESSED THROUGH UNIFIED
PRIMARY, MR LEE WAS REFERRED TO CUSTOMS SECONDARY FOR FURTHER INSPECTION.  MR.
LEE RECEIVED BAGS AND THEN PROCEEDED TO CUSTOMS CHOKE POINT AND WAS REFERRED
TO CUSTOMS BAGGAGE SECONDARY.  MR. LEE CLAIMED OWNERSHIP OF ONE BLACK ROLLER
BAG (TAG #US489770).  EXAM OF BAG REVEALED UNUSUAL THICKNESS ON BOTTOM OF
SUITCASE.  AN X-RAY OF BAG SHOWED ABNORMALIES WITHIN CONTENTS OF BAG.  AT THIS
TIME MR. LEE AND SUITCASE WERE ESCORTED TO A CBP SEARCH ROOM FOR FURTHER
EXAMINATION.  CEO-SZCZAWINSKI AND ROX
WERE REQUESTED TO ASSIST IN EXAMINATION.  ROX (1234) ALERTED TO SUITCASE.
PATDOWN WAS CONDUCTED FOR OFFICER SAFTEY.  PROBING OF BOTTOM OF BAG REVEALED
WHITE POWDERY SUBSTANCE THAT FIELD TESTED POSITIVE FOR COCAINE USING TEST KIT
904B.  ICE AGENT WALKER ONSITE AND NOTIFIED ICE DRUG TASK FORCE.  TROOPER
COFFEY AND ICE AGENT LAFORTE RESPONDED. GROSS WEIGHT OF COCAINE WAS 1.84 LBS.
ALL EVIDENCE RECEIPTED CF6051'S (COCAINE #2754178 BAG#164975, PERSONAL EFFECTS


MORE
(PF1=HELP) (PF3=MAIN) (PF4=HITLIST) (PF5=HISTORY) (PF7=PREV PAGE)
(PF8 NEXT PAGE) (PF13=TEXT) (PF14/PF15=LINK) (PF16=PRINT) (PF17=HOME RECORD)
```