UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CRIMINAL NO: 04-10219-JLT |
| v.   ) | |
| ) | |
| **EMMANUEL LEE**   ) | |

### GOVERNMENT'S ASSENTED TO REQUEST FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS

The government, by its undersigned counsel, hereby moves with the assent of counsel for the defendant that the time within which it may serve its opposition to the defendant's motion to suppress be continued to February 19, 2005. As grounds therefore, the undersigned states that he has been requested to assist AUSA MacKinlay, who is presently on trial in front of Judge Saris, in this matter. The requested time is therefore needed to permit the undersigned to familiarize himself with the file and prepare the government's opposition.

As further support for this motion, the government states that counsel for the defendant has assented to the government's request.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                  By: /s John A. Wortmann, Jr.
                                      JOHN A. WORTMANN, JR.
                                      Assistant U.S. Attorney
                                      617-748-3207