**AFFIDAVIT OF CAROL SZCZAWINSKI
CANINE ENFORCEMENT OFFICER
CUSTOMS AND BORDER PROTECTION
DEPARTMENT OF HOMELAND SECURITY**

R E C E I V E D
Clerk's Office
USDC, Mass.
Date 2/9/05
By M.P
Deputy Clerk

I, Carol Szczawinski, state the following under oath:

1. I am a Canine Enforcement Officer employed by U.S. Customs and Border Protection, Department of Homeland Security ("Customs"). I became a Canine Enforcement Officer in 1995 after undergoing 13 weeks of training at the Canine Enforcement Training Center in Front Royal, VA.

2. I currently handle a seven-year old female, black Labrador Retriever named Rox. I have been working with Rox since January of 2000. Rox is a fully trained and certified Narcotics Detector Dog who has been involved in numerous narcotics seizures. Rox is certified in the detection of marijuana, hashish, heroin, cocaine, methamphetamine, and ecstasy. Other dangerous drugs may also be detected by Rox due to chemical processing similarities.

3. Rox's proficiency training is accomplished on a daily basis, with a minimum of four hours per week reserved for non-task related areas. Rox is also a graduate of the Canine Enforcement Training Center in Front Royal, VA. Since graduating, Rox is also required to pass periodic recertification testing, the most recent of which took place in May of 2004. A copy of that certification is attached.

4. On June 27, 2004, Rox and I were assigned to Logan International Airport. During our shift that day, Supervisory Customs Inspector James Bailey requested Rox and I to assist in the examination of a black roller type suitcase suspected of containing drugs. Rox alerted to the presence of a narcotic odor coming from the suitcase. The Inspectors probing of the bottom of the suitcase ultimately revealed a white powdery substance, which field tested positive for cocaine.

Signed under the pains and penalties of perjury this 8th day of February, 2005.

Carol Szczawinski
Canine Enforcement Officer
Customs and Border Protection
Department of Homeland Security

U.S. Department of Homeland Security
Washington, DC 20229



U.S. Customs and
Border Protection

MAY 5 2004

## Interoffice Memorandum

ENF-3-04-OF:BSF:CEP MS

TO: Director, Field Operations
Boston

FROM: Director, Canine Enforcement Program
Office of Field Operations

SUBJECT: Certification of Narcotics Detection Capability

The following canine enforcement teams are certified in the detection of heroin, cocaine, marijuana, methamphetamine, ecstasy, and hashish. These detector dogs are the property of U.S. Customs and Border Protection (CBP) and certified on May 1, 2004.

| Cert # | Dog/Brand # | Customs Officer | Port |
|---|---|---|---|
| 04-0335 | Freddy 8C-10 | Lefebvre, Richard | Boston |
| 04-0336 | Rox 7C-55 | Szczawinski, Carol | Boston |
| 04-0337 | Cosmo CC-86 | Casey, James | Boston |
| 04-0338 | Duke CB-92 | Kehlenbeck, Jeffery | Hartford |

The above dogs are reliable in the detection of the substances indicated and can also be expected to detect other dangerous drugs due to chemical processing similarities. It is recommended that these teams be routinely used in all work environments.

This memorandum is record that the identified canine enforcement teams have successfully passed all the CBP canine narcotic detection training tests at a level that well exceeds the preponderance of the evidence standard used in judicial proceedings. This document may be released in criminal discovery proceedings.

If any further assistance or information is required, I may be contacted at (540) 631-2601.

Lee T. Titus