# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA,       )
                                )
                                )
          v.                    )     CRIMINAL ACTION
                                )     NO. 04-10219-JLT
EMANUAL LEE,                    )
          Defendant,            )
_____)
```

## FINAL STATUS REPORT
### February 23, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Tauro, J. to whom this case is assigned:

1.    Substantive Motions

Mr. Lee has filed a motion to suppress and the Government has filed an opposition to that motion.  Therefore, this case is being returned to Judge Tauro for the purpose of deciding Mr. Lee's motion to suppress.

2.    Excludable Time

I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through February 2, 2005. With the assent of counsel for the parties, I am further excluding the period from February 2, 2005 (date of expiration of prior order of excludable time) through February 22, 2005 (date of final status conference).  Therefore, assuming no further order of excludable

time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, May 3, 2005</u>.


<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE