UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                            )
UNITED STATES OF AMERICA,   )
                            )
                            )
         v.                 )   CRIMINAL ACTION
                            )   NO. 04-10219-JLT
EMANUAL LEE,                )
         Defendant,         )
_____ )

**ORDER OF EXCLUDABLE TIME**
**February 23, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from February 2, 2005 (date of expiration of prior order of excludable time) through February 22, 2005 (date of final status conference) shall be excluded from the Speedy Trial Act.

                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    CHIEF MAGISTRATE JUDGE