UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | Criminal No. 04-10219-JLT |
| ) | |
| **EMANUEL LEE** ) | |
| ) | |

**MOTION FOR PRETRIAL CONFERENCE**

The United States of America hereby moves the Court to hold a Pretrial Conference in this matter at the Court's earliest convenience. As grounds therefore, the government states as follows:

1. By order dated February 23, 2005, Chief Magistrate Judge Swartwood issued a final status report returning this matter to the district court. At that time, the Chief Magistrate Judge indicated that the only outstanding matter was the motion to suppress filed by the defendant.

2. The Pre-trial Conference will permit the parties to address all outstanding matters, including the defendant's motion to suppress before the case can either be scheduled for trial or a plea hearing.

Based on the foregoing, the government requests that the court schedule a Pretrial Conference on a date that is convenient

for the Court.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                  By:   <u>S/ Glenn A. MacKinlay</u>
                        GLENN A. MACKINLAY
                        Assistant U.S. Attorney
                        One Courthouse Way
                        Boston, MA 02210
                        (617)748-3215