UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 04-10219-JLT |
| | ) | |
| EMMANUEL LEE | ) | |

ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay. The government respectfully requests that the Court issue an order that excludes the time from the Status Conference, April 14, 2005 to the trial date of July 25, 2005 under the Speedy Trial Act. As reason therefore, the government states that the interests of justice are served by excluding the time under the Speedy Trial Act. The defendant assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  s/ Glenn A. MacKinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney