UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| | * | |
| v. | * | |
| | * | Criminal No. 04-10219-JLT |
| | * | |
| | * | |
| EMANUAL LEE | * | |

ORDER

April 14, 2005

TAURO, J.

    After the Pretrial Conference held on April 14, 2005, this court hereby orders that:

1.    Defendant's Motion to Suppress [#19] is DENIED; and

2.    Trial will commence on July 25, 2005 at 10:00 a.m.

    IT IS SO ORDERED.

                                                /s/ Joseph L. Tauro
                                                United States District Judge