# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v | ) | Crim. No.  04-10219-JLT |
| | ) | |
| EMANUAL LEE, | ) | |
| Defendant. | ) | |
| | ) | |

_____

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby notices her

appearance as counsel for the United States of America.


Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By:  _____/s/ Lisa M. Asiaf_____

LISA M. ASIAF
July 1, 2005                          Assistant U.S. Attorney (D. Mass.)
Tel:  (617) 748-3268


## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document upon
any/all counsel of record who do not automatically receive service of process via the Court's
ECF filing system.

This 1st day of July, 2005.


_____/s/ Lisa M. Asiaf_____
LISA M. ASIAF