UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 04-10219-JLT |
| | ) | |
| EMMANUEL LEE | ) | |

GOVERNMENT'S CERTIFICATION OF TIMELY
ACCEPTANCE OF RESPONSIBILITY

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b), that defendant, Emmanuel Lee notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial. Based on that fact, the government requests that Lee be awarded a three-point reduction for acceptance of responsibility.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By:    s/ Glenn A. MacKinlay
       GLENN A. MACKINLAY
       Assistant U.S. Attorney