UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                       )   Crim. No. 04-10219-JLT<br>)<br>EMMANUEL LEE              ) | |

**ORDER**

It is hereby Ordered that the United States Customs Service provide the defense expert, Dr. Harvey Cohen, access to the narcotics seized from Lee in the above captioned case for the purpose of inspecting and weighing said drugs prior to the September 29, 2005 sentencing date scheduled for Mr. Lee.

So ordered,

_____
THE HONORABLE JOSEPH TAURO
United States District Court Judge
District of Massachusetts
One Courthouse Way
Boston, MA

8/2/05