# EXHIBIT 1

Case 1:04-cr-10219-JLT    Document 38-2    Filed 10/24/2005    Page 1 of 5

166036

**Department of Justice / Drug Enforcement Administration**
**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

HOW OBTAINED (Check): ☐ Purchase  ☒ Seizure  ☐ Free Sample  ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal)  ☐ Internal Body Carry  ☐ Other (Specify)

2a. FILE NO.: [redacted]
2b. PROGRAM CODE:
3. G-DEP ID:

4a. WHERE OBTAINED (City, State/Country): Boston, MA
4b. DATE OBTAINED: June 27, 2004
5. FILE TITLE: Emanuel LEE, et al

6a. REFERRING AGENCY (Name): ICE
6b. REFERRAL: ☒ Case No. OR ☐ Seizure No. — [redacted]
7. DATE PREPARED: July 1, 2004
8. GROUP NO.:

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 1 | 2004122890 | Cocaine | N/A | 1.84 lbs | 1.84 lbs | N/A |
|   |            |         |     |          | 834.77    |     |

WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☐ NO (included above) ☐ YES

**REMARKS:** Emanuel LEE arrived at Boston's Logan International Airport on June 27, 2004 on US Air Flight 222 from Montego Bay, Jamaica at approximately 8:15 pm. During a routine secondary inspection, Inspectors from U.S. Customs and Border Protection (CBP) discovered an unusually thick bottom in LEE's suitcase. An X-ray of LEE's suitcase revealed anomalies within the linings of the suitcase; CBP Inspectors probed the area of the anomalies, which produced a white-powdery substance field-tested positive for cocaine. Printing of the packaging is requested.

17. SUBMITTED BY SPECIAL AGENT (Signature): SA Eric LaForte
18. APPROVED BY (Signature & Title): [signature] Group Supervisor

---

**LABORATORY EVIDENCE RECEIPT REPORT**

19. NO. PACKAGES: 1
SEAL: ☒ Unbroken  ☐ Broken
20. RECEIVED FROM (Signature & Date): [signature] RA 897672349
21. Print or Type NAME and TITLE:
23. RECEIVED BY (Signature & Date): [signature] 7/6/04
24. Print or Type NAME and TITLE: Irene Milo EL

25. LSP: 08/04/04

---

**LABORATORY REPORT**

**ANALYSIS SUMMARY AND REMARKS:**

Exhibit #1 contains cocaine hydrochloride.

Gross Wt. = 856.1 g

Net Wt. = 502.6 g

* Results of fingerprint analysis will be reported on a separate form. *

| 26. Exhibit | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| 1 | 166036 | cocaine hydrochloride | 81 | % |  | 407.1 g | 501.4 g |

34. ANALYST (Signature): BRIAN S. KRAWCZENIUK
35. TITLE: SENIOR FORENSIC CHEMIST
36. DATE COMPLETED: 08/04/2004

37. APPROVED BY (Signature & Date): THOMAS M. BLACKWELL
38. TITLE: LABORATORY DIRECTOR
39. LAB. LOCATION: NEW YORK

Form - 7 (1995)  Previous edition dated 4/90 may be used until stock is exhausted.

1 – Prosecution

# EXHIBIT 2

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE<br>REPORT OF INVESTIGATION | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2. PAGE  1 |
| | 3. CASE NUMBER ▮▮▮▮ |

| 4. TITLE: EMANUEL LEE ET AL. |
|---|

| 5. CASE STATUS:    INTERIM RPT |
|---|

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. REPORT NO. |
|---|---|---|---|---|
| 092905 | 062904 | 3 | 301 | 005 |

| 11. RELATED CASE NUMBERS: |
|---|

| 12. COLLATERAL REQ: |
|---|

| 13. TYPE OF REPORT:<br>   INVESTIGATIVE FINDINGS /  OTHER INFORMATION |
|---|

| TOPIC: REWEIGH OF COCAINE EVIDENCE WITH DEFENSE EXPERT |
|---|

14. SYNOPSIS:
On June 27, 2004, at approximately 8:15 p.m., Emanuel LEE arrived at Boston's Logan International Airport on US Air Flight 222 from Montego Bay, Jamaica. During a routine secondary inspection, Inspectors from U.S. Customs and Border Protection (CBP) discovered an unusually thick bottom in LEE's suitcase. An X-ray of LEE's suitcase revealed anomalies within the linings of the suitcase; CBP Inspectors probed the area of the anomalies, which produced a white-powdery substance. The white-powdery substance field-tested positive for cocaine.

On August 31, 2005, pursuant to a court order, ICE SAC/Boston SPS Bernardo Navarro and Logan Airport Task Force Special Agent Eric LaForte allowed Harvey M. Cohen, an expert for LEE's defense, access to the drug evidence in this case. The purpose of this access was to allow Cohen an opportunity to re-weigh the drug evidence because the weight was so close to the 500-gram minimum-mandatory threshold.

| 15. DISTRIBUTION:<br>SACBO CAAW | 16. SIGNATURE: *[signed]* Eric LaForte<br>   LAFORTE       ERIC              SPECIAL AGENT |
|---|---|
| | 17. APPROVED:<br>   NAGLE         JAMES       P   OI GRP SUPERVISOR |
| | 18. ORIGIN OFFICE: BO<br>   BOSTON, MA - SAC    | 19. TELEPHONE: 617 565 7400 |
| | | 20. TYPIST: LAFORTE |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. PAGE  3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | 2. CASE NUMBER  ▮▮▮▮▮ |
| | 3. REPORT NUMBER: 005 |

DETAILS OF INVESTIGATION:

On August 31, 2005, pursuant to a court order, ICE SAC/Boston Seized Property Specialist Bernardo Navarro and Special Agent Eric LaForte allowed Harvey M. Cohen, an expert for LEE's defense, access to the drug evidence in this case. The purpose of this access was to allow Cohen an opportunity to re-weigh the drug evidence because the weight was so close to the 500-gram minimum-mandatory threshold. Cohen works for Cambridge Technical Associates of Needham, MA. Cohen's analysis began at about 1:15 p.m.

Mr. Cohen arrived at the SAC/Boston evidence office at 10 Causeway St., Boston, MA, with an incorrect assumption about the amount of cocaine to be reweighed and the manner in which it was packaged; therefore, Mr. Cohen was unable to put all of the cocaine into one dish to weigh it in its entirety. Mr. Cohen was forced to weigh the cocaine in separate stages.

Mr. Cohen reweighed the larger of the two bags of cocaine first. The weight of the cocaine in the evidence bag was 466.05 grams. Next, Mr. Cohen removed the outer evidence bag and weighed it by its self. The weight of the empty evidence bag was 14.60 grams.

Mr. Cohen opened the inner bag and weighed the cocaine in three steps. Mr. Cohen used his own scale and an orange, plastic bowl as a vessel for the cocaine. Mr. Cohen placed the bowl on the scale and then "zeroed" by pressing the "tare" button on the scale. The first amount of cocaine poured into the bowl weighed 132.69 grams. Mr. Cohen emptied the bowl into a new evidence bag and then poured a second amount of cocaine into the orange bowl. The second amount of cocaine weighed 160.46 grams. The final batch of cocaine from the first bag weighed 152.69 grams. The total weight of cocaine from the first bag is 445.84. There was a small amount of cocaine residue left in the evidence bag after all three batches were weighed.

The second bag was emptied into the same orange bowl on Mr. Cohen's scale. The weight of the cocaine from the second bag was 54.16 grams. There was a very small amount of cocaine residue left in the second bag after the contents had been emptied into the orange bowl and weighed. The weight of the small evidence bag after the contents had been emptied out was 3.60 grams.

The total weight of all four batches of cocaine comes out to 500.00 grams.

Investigation continues.

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.